UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALYSHA NOELLE COOK, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:21-CV-85-JD-MGG |
| ANDREW HOLCOMB, MARY LOFTUS, and MARSHALL COUNTY STAFF | |
| Defendants. | |

## OPINION AND ORDER

Alysha Noelle Cook, a prisoner without a lawyer, filed an amended complaint which did not state a claim. ECF 12. She was granted until December 6, 2021, to file another amended complaint. ECF 14. She was cautioned if she did not respond by the deadline, this case would be dismissed without further notice. The deadline has passed, but she did not respond.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on December 16, 2021

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT